UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALI COLAK ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

Plaintiff

vs

SOFREH NYC LLC

Defendant

N
COURT DATE & TIME: AT
INDEX #: 24-CV-00599-ARL
DATE FILED: 01/29/2024
Job #: 585684
Client File#

STEIN SAKS, PLLC
ONE UNIVERSITY PLAZA
SUITE 620
HACKENSACK, NJ 07601

**CLIENT'S FILE NO.:**  **AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, EDDIE RIVERA, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 2/6/2024 at 12:03 PM at 75 ST MARKS AVE, BROOKLYN, NY 11217, deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

by personally delivering to and leaving with **HERAN DEJESUS** for SOFREH NYC LLC, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY/Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age:** 36 - 50 Yrs., **Approx Weight:** 131-160 Lbs., **Approx Height:** 5' 0" - 5' 3", **Sex:** Male, **Approx Skin:** Tan, **Approx Hair:** Black
Other:

Sworn to before me on 2/7/24
EUGENE SOKOLOV #01SO0000204
Notary Public State of New York
RICHMOND County, Commission Expires 02/02/2027



EDDIE RIVERA
2067151

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373