UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**    **ARLENE R. LINDSAY**          **DATE: 4/3/2024**
               United States Magistrate Judge
                                              **TIME: 11:15 AM**

**DOCKET NO: 24-cv-599 (ARL)**

**CASE: Colak v. Sofreh NYC, LLC**

 X   INITIAL CONFERENCE
 ___ STATUS CONFERENCE
 X   SCHEDULING CONFERENCE                    BY TELEPHONE X
 X   SETTLEMENT CONFERENCE
 ___ FINAL CONFERENCE
 ___ MOTION HEARING

|          | APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|---|---|
|          |              | PeterPaul Elhamy Shaker | David Stein |

**The following rulings were made:**

   The matter is referred to mediation which shall be completed by June 4, 2024.  The parties Rule 26(f) Meeting Plan is approved.  A schedule will be entered under a separate order.

**SO ORDERED:**

_____/s/_____
